

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00153-CV

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS, INC., Appellant | § | On Appeal from |
| | § | County Court at Law No. 2 |
| V. | § | of Denton County (CV-2015-01451) |
| | § | December 19, 2019 |
| DAN ALAN LEWIS, Appellee | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment that Appellee Dan Alan Lewis take nothing on his claim.

It is further ordered that Appellee Dan Alan Lewis shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mike Wallach_____
    Justice Mike Wallach